MILES MATSUMURA

                                    Plaintiff(s)

- against -

                  Index # 08 CIV 5701 (COTE)

SMART LLC D/B/A SMART TUITION, ETANO

                  Purchased June 25, 2008
                  File # 1014/002

                                  Defendant(s)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

ANDERSON CHAN BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on July 16, 2008 at 12:00 PM at

50 BROADWAY, 21ST FL.
NEW YORK, NY 10004

deponent served the within SUMMONS & VERIFIED COMPLAINT WITH CIVIL COVER SHEET, INDIVIDUAL PRACTICES IN CIVIL CASES DENISE COTE, UNITED STATES DISTRICT * on SMART LLC D/B/A SMART TUITION therein named.

    BY LEAVING A TRUE COPY WITH JEFF WHITE, MANAGER, BEING AUTHORIZED TO ACCEPT LEGAL PAPERS STATED.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | WHITE | BROWN | 35 | 5'9 | 170 |

* JUDGE, DEAULT JUDGMENT PROCEDURE, CONSENT TO PROCEED BEFORE UNITED STATES MAGISTRATE JUDGE, , INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE RONALD L. ELLIS,, ELECTRONIC CASE FILING RULES & INSTRUCTIONS

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action.

Sworn to me on: July 16, 2008

| JOEL GRABER | JOSEPH KNIGHT | JONATHAN GRABER | ANDERSON CHAN |
|---|---|---|---|
| Notary Public, State of New York | Notary Public, State of New York | Notary Public, State of New York | License #: 1220482 |
| No. 02GR4699723 | No. 01KN6178241 | No. 01GR6156780 | Invoice #: 464946 |
| Qualified in New York County | Qualified In New York County | Qualified in New York County | |
| Expires February 10, 2010 | Expires November 26, 2011 | Expires December 4, 2010 | |

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007 - (212) 619-0728