UNITD STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MILES MASTUMURA,

                             Plaintiff(s)

           -against-

SMART LLC d/b/a SMART TUITION and SMART LLC,

                            Defendant(s)

Index No.:08 CV 5701 (DC)

**STIPULATION EXTENDING TIME TO ANSWER**

IT IS HEREBY STIPULATED and agreed by and between the undersigned that the time for the defendants ~~R&V DEVELOPMENT, LLC., L~~ _Smart LLC d/b/a Smart Tuition and Smart LLC_ to answer and/or move with respect to the Complaint, be and the same is hereby extended to and including September 8, 2008. Defendant hereby waives all jurisdictional defenses.

Date: Hicksville, New York
August 8, 2008

BY: _/s/_
MINTZER, SAROWITZ, ZERIS ~~LEDVA~~ & MEYERS
Attorney for Defendants, SMART LLC d/b/a SMART TUITION and SMART LLC
17 West John Street, Suite 200
Hicksville, NY 11801
(516) 939-9200
File # 003622.000001

BY: _/s/_
LAW OFFICE OF CHRISTINE A. RODRIGUEZ
Attorney for Plaintiff, MILES MASTUMURA
65 Broadway, Suite 847
New York, New York 10006
(212) 430-6525