*(handwritten)* CUSE, S.

UNITD STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MILES MASTUMURA ,

Index No.:08 CV 5701 (DC)

Plaintiff(s)

-against-

**STIPULATION EXTENDING
TIME TO ANSWER**

SMART LLC d/b/a SMART TUITION and SMART LLC,

Defendant(s)

IT IS HEREBY STIPULATED and agreed by and between the undersigned that the time for the *Smart LLC a/k/a Smart Tuition and SmartLLC* defendant ~~RAY DEVELOPMENT, LLC,~~ to answer and/or move with respect to the Complaint, be and the same is hereby extended to and including September 8, 2008. Defendant hereby waives all jurisdictional defenses.

Date:   Hicksville, New York
        August 8, 2008

BY: _____
MINTZER, SAROWITZ, ZERIS LEDVA &
MEYERS
Attorney for Defendants, SMART LLC d/b/a
SMART TUITION and SMART LLC
17 West John Street, Suite 200
Hicksville, NY 11801
(516) 939-9200
File # 003622.000001

BY: _____
LAW OFFICE OF CHRISTINE A. RODRIGUEZ
Attorney for Plaintiff, MILES MASTUMURA
65 Broadway, Suite 847
New York, New York 10006
(212) 430-6525

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9 3-08

**SO ORDERED:**

_____
U.S.D.J.

Sept. 3, 2008