UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

MILES MATSUMURA  ,                                    08 CV 5701(DLC)

                       Plaintiff,              **AFFIRMATION**
                                                     **OF SERVICE**

-against-

SMART LLC d/b/a SMART TUITION
and SMART LLC,

                       Defendants.
------------------------------------------------------------X

STATE OF NEW YORK  )
COUNTY OF NEW YORK ) ss:

Christine A. Rodriguez affirms under penalties of perjury that:

That I am not a party to the within action, am over 18 years of age and am an attorney duly admitted to practice in the State of New York.

That on September 4, 2008, affirmant served the within *Notice of Initial Pretrial Conference and Individual Practices of Judge Denise Cote* upon the attorneys and parties listed below by United States prepaid mail:

TO:

Mintzer Sarowitz Zeris, Ledva & Meyers, LLP
Attorneys for Defendants Smart LLC and Smart Tuition
17 West John Street, Suite 200
Hicksville, NY  11801

_____
Christine A. Rodriguez